E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
                                  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

┌─ OFFENSE CHARGED ─────────────────

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

SEE ATTACHMENT

┌─ DEFENDANT - U.S. ─────

FILED
JUN 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

▶ JOEL SANCHEZ

DISTRICT COURT NUMBER

**CR07-00409** SBA

┌─ PROCEEDING ─────────────────
Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40.  Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:
       ☐ U.S. Att'y ☐ Defense    }

☐ this prosecution relates to a
   pending case involving this same
   defendant

☑ prior proceedings or appearance(s)
   before U.S. Magistrate regarding
   this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

07-70318 WDB

Name and Office of Person
Furnishing Information on
    THIS FORM        **SCOTT N. SCHOOLS**
                ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     KIMBERLY M. BRIGGS, AUSA

┌─ DEFENDANT ─────────────────

**IS NOT IN CUSTODY**
       Has not been arrested, pending outcome this proceeding.
1) ☐   If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
      charges              }  ☐ Fed'l  ☐ State

      If answer to (6) is "Yes", show name of institution

Has detainer      ☐ Yes    If "Yes"
been filed?       ☐ No      give date
                            filed

**DATE OF**            Month/Day/Year
**ARREST**       5/31/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**   Month/Day/Year
**TO U.S. CUSTODY**  5/31/2007

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ─────────────────
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
   ☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
   Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

                                  Date/Time:

                                  Before Judge:

Comments:

PENALTY SHEET ATTACHMENT
JOEL SANCHEZ

VIOLATIONS:

21 U.S.C. § 846-Conspiracy to possess methamphetamine w/ intent to distribute

21 U.S.C.§ 841 (a)(1)-Possession of methamphetamine w/intent distribute

PENALTY:

10 yrs. mandatory minimum to maximum life imprisonment; 2 million dollar fine; 5 yrs. supervised release; $100 special assessment.

E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

► ALFREDO SANCHEZ

DISTRICT COURT NUMBER

CR07-00409 SBA

*FILED*
JUN 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

07-70318 WDB

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    KIMBERLY M. BRIGGS, AUSA

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Nothern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST   Month/Day/Year   5/31/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year   5/31/2007

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

PENALTY SHEET ATTACHMENT
ALFREDO SANCHEZ

VIOLATIONS:

21 U.S.C. § 846-Conspiracy to possess methamphetamine w/ intent to distribute

21 U.S.C.§ 841 (a)(1)-Possession of methamphetamine w/intent distribute

PENALTY:

10 yrs. mandatory minimum to maximum life imprisonment; 2 million dollar fine; 5 yrs.
supervised release; $100 special assessment.

# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: **OAKLAND**

*E-filing*

---

### UNITED STATES OF AMERICA,

### V.

#### JOEL SANCHEZ, &
#### ALFREDO SANCHEZ

## CR07-00409

### DEFENDANT.

---

# INDICTMENT

VIOLATIONS:21 U.S.C. § 846-Conspiracy to possess
methamphetamine w/ intent to distribute ; 21 U.S.C.§
841 (a)(1)-Possession of methamphetamine w/intent
distribute

---

A true bill.

_____ Foreman

Filed in open court this _28th_ day of
_June, 2007_

_____ Clerk

Bail, $ _No process._

_Wayne D. Brazil_  6-28-07

# E-filing

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

*FILED*

2007 JUN 28  AM 10: 08

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0 409 |
| Plaintiff, | VIOLATIONS: 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine |
| v. | |
| JOEL SANCHEZ, and ALFREDO SANCHEZ, | OAKLAND VENUE |
| Defendants. | |

## I N D I C T M E N T

The Grand Jury charges:

<u>COUNT ONE</u>:  (21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Methamphetamine)

Beginning at a time unknown to the Grand Jury, but no later than on or about May 9, 2007, and continuing to on or about May 31, 2007, in the Northern District of California, the defendants,

JOEL SANCHEZ,
and
ALFREDO SANCHEZ,

INDICTMENT

1

did knowingly and intentionally conspire to possess with intent to distribute, a Schedule II controlled substance, to wit: 50 grams or more of methamphetamine in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO:    (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Methamphetamine)

On or about May 31, 2007, in the Northern District of California, the defendants,

JOEL SANCHEZ,
and
ALFREDO SANCHEZ,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: 50 grams or more of methamphetamine in violation of Title 21, United States Code, Section 841(a)(1).

DATED:
June 28, 2007

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form:

AUSA KIMBERLY BRIGGS

INDICTMENT

2