~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED**<br>AUG 2 7 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | RE: | Joel SANCHEZ |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | DOCKET NO.: | CR-07-00409 SBA<br>~~4-07-70318~~ |
| DATE: | August 24, 2007 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                           510-637-3752
U.S. Pretrial Services Officer Specialist        TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**A. The defendant shall seek and maintain verifiable employment as directed by Pretrial Services.**

**B. The defendants travel is expanded to include the entire Northern District of California, and Solano County (within the Eastern District of California), for employment purposes.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

JUDICIAL OFFICER /s/ Wayne D. Brazil       DATE 8/27/07

Cover Sheet (12/03/02)  cc: AUSA's, Stats, Copy to parties via ECF, Pretrial, Lisa, Financial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Victoria Gibson
U.S. Pretrial Services Officer
**Subject:** Joel SANCHEZ
4-07-70318
**Date:** August 24, 2007



# MEMORANDUM

Your Honor,

The above-referenced defendant is charged with violations of Title 21, United States Code, Section 841(b)(1)(A)(viii)- Knowingly and Intentionally Possess With Intent to Distribute Schedule II Controlled Substance, Namely More Than 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine. He was ordered released by Your Honor on July 24, 2007, on a $400,000 secured bond with numerous special conditions, including half-way house placement.

Prior to the arrest for the instant offense, Mr. Sanchez had reportedly worked for Fidelity Roof Company for more than 20 years. The company is based in Oakland (1075 40th Street), but does commercial and residential work all around the greater Bay Area. Aside from needed income, the defendant and his family receive health care benefits through this position. The undersigned spoke to Gustavo Sanchez, the defendant's brother, who also works for the company as a project manager, and he advised that the defendant's skills as a foreman are sorely needed at the company. He indicated that he could arrange for the defendant to work on larger projects (for example, they currently have a large job at the Lawrence Berkeley Laboratory), to make it easier for Pretrial Services to monitor and verify his work. Pretrial Services also spoke to Ken White, the company's president, and he advised that they would like the defendant to begin working again as soon as possible, and they are happy to assist Pretrial Services with any necessary, ongoing verification of employment.

Pretrial Services spoke to Assistant U.S. Attorney, Kim Briggs, who does not oppose to the defendant returning to work.

**RECOMMENDATION:** Pretrial Services respectfully recommends that the defendant's release conditions be modified as follows:

1) The defendant shall seek and maintain verifiable employment as directed by Pretrial Services; and
2) The defendants travel is expanded to include the entire Northern District of California, and Solano County (within the Eastern District of California), for employment purposes.

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
RE: SANCHEZ, JOEL          DOCKET: 4-07-70318

This memorandum is submitted for Your Honor's information and guidance.

Respectfully Submitted,

VICTORIA GIBSON
U.S. Pretrial Services Officer Specialist

Reviewed by,

SILVIO LUGO, Supervising
U.S. Pretrial Services Officer

cc:   Ed Duree, Defense Counsel
      Kim Briggs, Assistant U.S. Attorney