UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/11/07

CR 07-00409SBA                          JUDGE: **SAUNDRA BROWN ARMSTRONG**

**ALFREDO SANCHEZ**
**JOEL SANCHEZ**                         Present (X) Not Present ( ) In Custody ( )
  **DEFENDANT(S)**

                                          **ROBERT FORKNER**
 **KIM BRIGGS**                           **EDWARD DUREE**
**U.S. ATTORNEY**                         **ATTORNEY FOR DEFENDANT(S)**

Deputy Clerk: Lisa R. Clark               **RAYNEE MERCADO**
                                                 **Court Reporter**

 **HIRAM TORRES**
  **Interpreter**                             **Probation Officer**
                                  **PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/23/07**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to  10/23/07    for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**