**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CRIMINAL PRETRIAL MINUTES**</u>

**Date:10/23/07**

**CR 07-00409SBA**                    **JUDGE:** <u>**SAUNDRA BROWN ARMSTRONG**</u>

**ALFREDO SANCHEZ**            **ROBERT FORKNER**
**JOEL SANCHEZ**                   **S/A ROBERT FORKNER**
                                              **Present (X ) Not Present ( ) In Custody ( )**

        **DEFENDANT(S)**

 **KIM BRIGGS_____**        _____
**U.S. ATTORNEY**                  **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**        ___**STARR WILSON**_____
                                              **Court Reporter**

 **HEIDI CLAUS_____**        _____
 **Interpreter**                         **Probation Officer**
                                    <u>**PROCEEDINGS**</u>

<u>**REASON FOR HEARING:   STATUS  - HELD**</u>
<u>**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE**</u>
<u>**PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 11/27/07**</u>

_____

_____**JUDGMENT:**

_____

<u>**PROCEEDINGS**</u>

**Case Continued to_11/27/07_____for** <u>**Further Status/Trial Setting**</u>**/ Motion Setting/Evidentiary**
**Hearing @ 9:00 a.m.**
**Case Continued to_____@ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the**
**(Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**