UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/27/07

CR 07-00409SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ALFREDO SANCHEZ - PRESENT**
**JOEL SANCHEZ - PRESENT**
       DEFENDANT(S)

                                                     ROBERT FORKNER
<u>KIM BRIGGS</u>                                <u>S/A ROBERT FORKNER</u>
U.S. ATTORNEY                              ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark           <u>STARR WILSON</u>
                                                        Court Reporter

<u>HEIDI CLAUS</u>
Interpreter                                     Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>TRIAL SETTING - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 3/4/08</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** _____ **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to** _____ **@ 9:00 a.m. for** _____ **Motions**
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** _____
**Case Continued to** <u>3/4/07</u> **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due** <u>2/12/08</u> **Motions in limine/objections to evidence due** <u>2/19/08</u>
**Responses to motions in limine and/or responses to objections to evidence due** <u>2/16/08</u>
**Case Continued to** <u>3/10/08</u> **for Trial(Court/<u>Jury: 3-4</u> Days/weeks) at 8:30 a.m.**
**Case Continued to** _____ **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** _____ **for Change of Plea @ 11:00 a.m.**
**cc:**