EDWARD G. DUREE
Attorney at Law
SBN 116569
622 Jackson Street
Fairfield, CA 94533

Telephone No.: (707) 422-8933

Attorney for Defendant

**FILED**

NOV 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOEL SANCHEZ,<br><br>　　　　Defendant. | CASE No. CR07-00409 SBA<br><br>REQUEST TO MODIFY CONDITIONS OF RELEASE |

　　Defendant requests modification of his conditions of release permitting him to live at home instead of in a halfway house.

　　On July 24, 2007, this court released Defendant from custody on a property bond that required him to live full time in a halfway house. Subsequently, in September of 2007, this court with the concurrence of Victoria Gibbon (Pretrial Services Officer) and Kimberly Briggs (AUSA), Defendant's conditions were modified to permit him to work full time. In October of 2007, Defendant's conditions of release were also modified to permit him to visit his expectant wife, and thereafter, his newborn child.

　　The Assistant United States Attorney assigned to this case has informed me that she favors and supports modifying Defendant's conditions of release to permit

cc: Copy to Pretrial, WMB's Staff
Lisa Clark, Financial

him to reside at home. I have attempted several times to communicate with Victoria Gibbon, however she has been on vacation and the duty officer did not return my calls. However, I have been informed and believe that she and the duty officer do not oppose the modification sought herein.

    For the foregoing reasons, Defendant requests modification of his conditions of release to permit him to reside at his residence with his wife and newborn child.

Dated: 11/20/07

EDWARD G. DUREE
Attorney at Law

## STIPULATION

I, Kimberly Briggs, Assistant United States Attorney, stipulate to the requested modification of Defendant's conditions of release to permit him to reside in his residence.

Dated: 11/20/07

Kimberly Briggs
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that Defendant's conditions of release are modified to permit him to reside at his residence.

Dated: 11-29-07

Magistrate Judge Wayne D. Brazil

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28