JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA  94612
    Telephone: (510) 637-3680
    E-mail: kimberly.briggs@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No. CR-07-00409-SBA |
| Plaintiff, | ) |
| | ) AMENDED STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO VACATE TRIAL DATE |
| | ) AND SET FOR STATUS HEARING |
| | ) |
| JOEL SANCHEZ, and | ) |
| ALFREDO SANCHEZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

It is hereby stipulated, by and between the parties that the jury trial currently set for

March 10, 2008 be vacated and that the matter be set for a status hearing on April 1, 2008 at 9:00

a.m., or to a new date and time thereafter convenient to this Court.

It is also stipulated that the period from February 20, 2008 to April 1, 2008, shall be

excluded from the calculation of time in which the trial of the above captioned matter must

commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  The parties

stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the

1  interests of justice served by granting a continuance.

2      Such continuance is required because the government has received additional evidence

3  which necessitates that the indictment be superseded.    The government intends to supersede the

4  indictment the week of March 10, 2008.   This continuance will allow the reasonable time

5  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

6  Sections 3161(h)(8)(A) and (B)(iv).

7      As such, the parties respectfully request that the trial date of March 10, 2008 be vacated

8  and the matter be continued to April 1, 2008 at 9:00 a.m. for a status hearing.

9

10  DATED:  March 4, 2008            Respectfully submitted,

11
                                    _____/s/_____
12                                  KIMBERLY M. BRIGGS
                                    Assistant United States Attorney
13

14  DATED: March 4, 2008                    /s/
                                    _____
15                                  EDWARD G. DUREE
                                    Attorney for Joel Sanchez

16  DATED: March 4, 2008                    /s/
                                    _____
17                                  ROBERT L. FORKNER
                                    Attorney for Alfredo Sanchez

18
19      Based on the reason provided in the stipulation of the parties above, the Court hereby

20  FINDS that for adequate preparation of the case by all parties - specifically, to allow the

    government to supersede the indictment -  pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
21
    (B)(iv) an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT
22
    IS HEREBY ORDERED THAT the jury trial currently scheduled for March 10, 2008 at 8:30
23
    a.m. shall be vacated, and the matter shall be continued for a status hearing to April 1, 2008 at
24
    9:00 a.m.
25
        **IT IS SO ORDERED.**
26

    DATED:                          _____
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge