AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

— Name of District Court, and/or Judge/Magistrate Location —
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Count One and Count Two: 10 years mandatory minimum to maximum life imprisonment, 2 million dollar fine, 5 years of supervised release, $100 special assessment

— DEFENDANT - U.S —
▶ JOEL SANCHEZ

DISTRICT COURT NUMBER
CR 07-00409 SBA

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

07-70318 WDB

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    KIMBERLY BRIGGS, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year  5/31/07
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine

☐ Petty
☐ Misdemeanor
☒ Felony

PENALTY:
Count One and Count Two: 10 years mandatory minimum to maximum life imprisonment, 2 million dollar fine, 5 years of supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S**
▶ ALFREDO SANCHEZ

DISTRICT COURT NUMBER
CR 07-00409 SBA

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
07-70318 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KIMBERLY BRIGGS, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year 5/31/07
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☒ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One and Count Two: 10 years mandatory minimum to maximum life imprisonment, 2 million dollar fine, 5 years supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S**

HECTOR REYNOSO

DISTRICT COURT NUMBER
CR 07-00409 SBA

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KIMBERLY BRIGGS, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

CR 07-00409 SBA

---

UNITED STATES OF AMERICA,

V.



JOEL SANCHEZ,
ALFREDO SANCHEZ, and
HECTOR REYNOSO,



FILED
MAR 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine

---

A true bill.

_____
Foreman

Filed in open court this ___12___ day of

___MARCH   2008___.

_____
Clerk

Bail, $ _No bail_ arrest warrant for Hector Reynoso

3/12/08

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney



FILED
MAR 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOEL SANCHEZ, ) <br> ALFREDO SANCHEZ, and ) <br> HECTOR REYNOSO, ) <br> ) <br> Defendants. ) | No. CR 07-00409 SBA <br><br> VIOLATIONS: 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine <br><br> OAKLAND VENUE |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Methamphetamine)

Beginning at a time unknown to the Grand Jury, but no later than on or about May 31, 2007, and continuing until on or about May 31, 2007, in the Northern District of California, the defendants,

JOEL SANCHEZ,
ALFREDO SANCHEZ, and
HECTOR REYNOSO,

Document No.
40
District Court
Criminal Case Processing

1 | did knowingly and intentionally conspire to possess with intent to distribute, and to distribute, a Schedule II controlled substance, namely, approximately 1,058 grams of methamphetamine (actual), in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO:  (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Methamphetamine)

On or about May 31, 2007, in the Northern District of California, the defendants,

JOEL SANCHEZ,
ALFREDO SANCHEZ, and
HECTOR REYNOSO,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 1,058 grams of methamphetamine (actual), in violation of Title 21, United States Code, Section 841(a)(1).

DATED:

MARCH 12, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA KIMBERLY BRIGGS

2