UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/1/08

CR 07-00409SBA                JUDGE: **SAUNDRA BROWN ARMSTRONG**

**ALFREDO SANCHEZ**
**JOEL SANCHEZ**                          Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

                              S/A ED DUREE
**KIM BRIGGS**                          **ED DUREE**
U.S. ATTORNEY                          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              **DIANE SKILLMAN**
                              Court Reporter

**ANGELA ZAWADSKY**
Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON UNAVAILABILITY OF CO-DEFENDANT TO 4/22/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 4/22/08 **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to** _____ **@ 9:00 a.m. for** _____ **Motions**
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** _____
**Case Continued to** _____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due** _____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ **for Trial(Court/Jury:** ___ **Days/weeks) at 8:30 a.m.**
**Case Continued to** _____ **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** _____ **for Change of Plea @ 11:00 a.m.**
**cc:**