**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/22/08

CR 07-00409SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ALFREDO SANCHEZ**
**JOEL SANCHEZ**                             Present (X) Not Present ( ) In Custody (X)
         **DEFENDANT(S)**

                                             ROBERT FORKNER
<u>KIM BRIGGS</u>                              <u>S/A ROBERT FORKNER</u>
**U.S. ATTORNEY**                            **ATTORNEY FOR DEFENDANT(S)**

Deputy Clerk: Lisa R. Clark                  <u>DIANE SKILLMAN</u>
                                             **Court Reporter**

 Interpreter                                 Probation Officer
                            **PROCEEDINGS**

<u>**REASON FOR HEARING: STATUS - HELD**</u>

<u>**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 5/28/08**</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>5/28/08</u> **for** <u>Further Status</u>**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.**
**Case Continued to** _____ **@ 9:00 a.m. for** _____ **Motions**
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** ____
**Case Continued to** _____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due** _____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ **for Trial(Court/Jury:** ___ **Days/weeks) at 8:30 a.m.**
**Case Continued to** _____ **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** _____ **for Change of Plea @ 11:00 a.m.**
**cc:**

Case 4:07-cr-00409-SBA    Document 44    Filed 04/22/2008    Page 2 of 2