JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

1301 Clay Street Suite 340S
Oakland, California 94612
Telephone: (510) 637-3695
FAX: (510) 637-3724
E-mail: kimberly.briggs@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL SANCHEZ, ALFREDO SANCHEZ AND HECTOR REYNOSO,<br><br>Defendants. | No. CR 07-00409 SBA<br><br>EX PARTE APPLICATION TO UNSEAL SUPERSEDING INDICTMENT AND WARRANTS; [PROPOSED] ORDER |

The government hereby moves this Court to order that the Superseding Indictment and Arrest Warrants in this matter be unsealed. In support of this ex parte application, the government states as follows:

The reasons the government moved to seal this file no longer exist or warrant sealing. The government's original request was sought so that the remaining defendant would not be alerted to the charges before the agents could locate him.

////

EX PARTE APPLICATION TO
UNSEAL; [PROPOSED] ORDER

Accordingly, the government hereby requests that the Superseding Indictment and Arrest Warrants in this matter be unsealed.

DATED: May 22, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
KIMBERLY M. BRIGGS
Assistant United States Attorney

## ORDER

The government's ex parte application to unseal the Superseding Indictment and Arrest Warrants is **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____

SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE

EX PARTE APPLICATION TO
UNSEAL; [PROPOSED] ORDER