1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CASBN 132043)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA 94612
        Telephone: (510) 637-3680
7       E-mail: kimberly.briggs@usdoj.gov

8  Attorneys for the Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND BRANCH

12

| UNITED STATES OF AMERICA, | ) No. CR-07-00409-SBA |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING MAY 28, 2008 TO JUNE 24, 2008 |
| JOEL SANCHEZ, ALFREDO SANCHEZ, and HECTOR REYNOSO, | ) |
| Defendants. | ) |

20      It is hereby stipulated, by and between the parties that the status hearing set for May 28,
21  2008 be vacated and that the matter be set for a status hearing on June 24, 2008 at 9:00 am.
22      It is also stipulated that the period from May 28, 2008 to June 24, 2008, shall be excluded
23  from the calculation of time in which the trial of the above captioned matter must commence
24  pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c). The parties stipulate that the
25  time is excludable from the time limitations of the Speedy Trial Act because the
26  interests of justice served by granting a continuance.

1    Such continuance is required because a defendant was just added to the indictment and
2 defense counsel needs an opportunity to review the discovery and determine if any motions
3 should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4 (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5 and to allow for the reasonable time necessary for effective preparation of the case.

6    As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7 vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.

9 DATED: May 28, 2008                    Respectfully submitted,

                                          _____
11                                        KIMBERLY M. BRIGGS
                                          Assistant United States Attorney

13 DATED: May 28, 2008
                                          _____
                                          EDWARD G. DUREE
14                                        Attorney for Joel Sanchez

16 DATED: May 28, 2008
                                          _____
                                          ROBERT L. FORKNER
                                          Attorney for Alfredo Sanchez

18 DATED: May 28, 2008
                                          _____
                                          IVAN MORSE
19                                        Attorney for Hector Reynoso

22    Based on the reason provided in the stipulation of the parties above, the Court hereby
FINDS that for adequate preparation of the case by all parties - specifically, to allow the
government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
(B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,

Case 4:07-cr-00409-SBA   Document 50   Filed 05/29/2008   Page 3 of 6
05-28-2008   04:05PM   FROM-                      707-422-1520              T-383   P.003/004   F-942

1  Such continuance is required because a defendant was just added to the indictment and
2  defense counsel needs an opportunity to review the discovery and determine if any motions
3  should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4  (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5  and to allow for the reasonable time necessary for effective preparation of the case.
6  As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7  vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.
8
9  DATED: May 28, 2008                    Respectfully submitted,
10
11                                        _____
                                          KIMBERLY M. BRIGGS
12                                        Assistant United States Attorney
13 DATED: May 28, 2008                    _____
                                          EDWARD G. DUREE
14                                        Attorney for Joel Sanchez
15
16 DATED: May 28, 2008                    _____
                                          ROBERT L. FORKNER
17                                        Attorney for Alfredo Sanchez
18 DATED: May 28, 2008                    _____
                                          IVAN MORSE
19                                        Attorney for Hector Reynoso
20
21
22  Based on the reason provided in the stipulation of the parties above, the Court hereby
23 FINDS that for adequate preparation of the case by all parties - specifically, to allow the
   government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
24 (B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,
25
26

Case 4:07-cr-00409-SBA   Document 50   Filed 05/29/2008   Page 4 of 6

MAY-29-2008 09:15 FROM:ROBERT L FORKNER, AT 2095441860   US ATTORNEYS OFFICE   TO:15106373724   PAGE 03/04
05/28/2008 14:30 5106373724

1  Such continuance is required because a defendant was just added to the indictment and
2  defense counsel needs an opportunity to review the discovery and determine if any motions
3  should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4  (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5  and to allow for the reasonable time necessary for effective preparation of the case.
6  As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7  vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.
8
9  DATED: May 28, 2008                         Respectfully submitted,
10
11                                             _____
                                               KIMBERLY M. BRIGGS
12                                             Assistant United States Attorney
13 DATED: May 28, 2008
                                               _____
14                                             EDWARD G. DUREE
                                               Attorney for Joel Sanchez
15
   DATED: May 28, 2008                         /s/ Robert L. Forkner
16                                             _____
                                               ROBERT L. FORKNER
17                                             Attorney for Alfredo Sanchez

18 DATED: May 28, 2008
                                               _____
19                                             IVAN MORSE
                                               Attorney for Hector Reynoso
20
21
22  Based on the reason provided in the stipulation of the parties above, the Court hereby
23  FINDS that for adequate preparation of the case by all parties - specifically, to allow the
    government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
24  (B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,
25
26

1    Such continuance is required because a defendant was just added to the indictment and
2  defense counsel needs an opportunity to review the discovery and determine if any motions
3  should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4  (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5  and to allow for the reasonable time necessary for effective preparation of the case.
6    As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7  vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.

9  DATED: May 28, 2008                Respectfully submitted,

11                                    KIMBERLY M. BRIGGS
                                      Assistant United States Attorney

13  DATED: May 28, 2008
                                      EDWARD G. DUREE
14                                    Attorney for Joel Sanchez

16  DATED: May 28, 2008
                                      ROBERT L. FORKNER
                                      Attorney for Alfredo Sanchez

18  DATED: May 28, 2008
                                      IVAN MORSE
19                                    Attorney for Hector Reynoso

22   Based on the reason provided in the stipulation of the parties above, the Court hereby
23  FINDS that for adequate preparation of the case by all parties - specifically, to allow the
24  government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
25  (B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,

1  IT IS HEREBY ORDERED THAT the status hearing currently scheduled for May 28,
2  2008 shall be vacated, and the matter shall be continued for a status hearing to June 24, 2008 at
3  9:00 a.m.
4  **IT IS SO ORDERED.**
5
6  DATED: May ___, 2008
   _____
7  SAUNDRA BROWN ARMSTRONG
   United States District Judge