1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CASBN 132043)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA  94612
        Telephone: (510) 637-3680
7       E-mail: kimberly.briggs@usdoj.gov

8  Attorneys for the Plaintiff

9                            UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                   OAKLAND BRANCH

12
   UNITED STATES OF AMERICA,        )    No. CR-07-00409-SBA
13                                  )
                                    )
14              Plaintiff,          )
                                    )    STIPULATION AND
15         v.                       )    ORDER TO CONTINUE STATUS
                                    )    HEARING MAY 28, 2008 TO
16                                  )    JUNE 24, 2008
   JOEL SANCHEZ, ALFREDO SANCHEZ,   )
17 and HECTOR REYNOSO,              )
                                    )
18              Defendants.         )
                                    )
19 _____)

20       It is hereby stipulated, by and between the parties that the status hearing set for May 28,

21 2008 be vacated and that the matter be set for a status hearing on June 24, 2008 at 9:00 am.

22       It is also stipulated that the period from May 28, 2008 to June 24, 2008, shall be excluded

23 from the calculation of time in which the trial of the above captioned matter must commence

24 pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  The parties stipulate that the

25 time is excludable from the time limitations of the Speedy Trial Act because the

26 interests of justice served by granting a continuance.

1  Such continuance is required because a defendant was just added to the indictment and
2  defense counsel needs an opportunity to review the discovery and determine if any motions
3  should be filed.  This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4  (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5  and to allow for the reasonable time necessary for effective preparation of the case.
6  As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7  vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.

9  DATED:  June 4, 2008                          Respectfully submitted,

                                                  /s/
11                                                KIMBERLY M. BRIGGS
                                                  Assistant United States Attorney

13  DATED: May 28, 2008                           /s/
                                                  EDWARD G. DUREE
14                                                Attorney for Joel Sanchez

16  DATED: May 28, 2008                           /s/
                                                  ROBERT L. FORKNER
                                                  Attorney for Alfredo Sanchez

18  DATED: May 28, 2008                           /s/
                                                  IVAN MORSE
19                                                Attorney for Hector Reynoso

22  Based on the reason provided in the stipulation of the parties above, the Court hereby
23  FINDS that for adequate preparation of the case by all parties - specifically, to allow the
24  government to supersede the indictment -  pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
25  (B)(iv) an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings,

IT IS HEREBY ORDERED THAT the status hearing currently scheduled for May 28, 2008 shall be vacated, and the matter shall be continued for a status hearing to June 24, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: June 2, 2008

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge