**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00409 SBA |
|     Plaintiff, | **CLERK'S NOTICE** |
|   v. | |
| ALFREDO SANCHEZ, JOEL SANCHEZ, HECTOR REYNOSO | |
|     Defendant.          / | |

The Status Conference set for Tuesday, June 24, 2008, at 9:00 a.m., has been moved to Thursday, June 19, 2008, at 9:00 a.m.

Dated: 6/11/08                                               FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
     LISA R. CLARK
     Courtroom Deputy