**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/19/08

CR 07-00409SBA                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ALFREDO SANCHEZ**
**JOEL SANCHEZ**
**HECTOR SANCHEZ**                Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

    IVAN MORRIS
    IVAN MORRIS
<u>**KIM BRIGGS**</u>        <u>IVAN MORRIS</u>
**U.S. ATTORNEY**        **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk: Lisa R. Clark**        <u>STARR WILSON</u>
    **Court Reporter**

 <u>INEZ SWANEY</u>
 **Interpreter**        **Probation Officer**

**PROCEEDINGS**

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT WAS NOTIFIED BY COUNSEL APPEARING THAT THE COUNSEL FOR JOEL SANCHEZ HAS NOT REGISTERED FOR E-FILING AND PROBABLY IS NOT AWARE OF THE DATE CHANGE; COURT HAS ORDERED THAT COUNSEL FOR JOEL SANCHEZ WILL REGISTER IMMEDIATELY OR WILL HAVE TO BE REPLACED WITH COUNSEL THAT IS REGISTERED; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 7/1/08

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** 7/1/08 **for** Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to** _____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** _____
**Case Continued to** _____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due** _____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due** _____

**Case Continued to_____for Trial(Court/Jury:\_\_\_\_Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**