**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/1/08

**CR 07-00409SBA**                              **JUDGE: SAUNDRA BROWN ARMSTRONG**

**ALFREDO SANCHEZ**                 **IVAN MORRIS S/A**
**JOEL SANCHEZ**                         **ED DUREE**
**HECTORY REYNOSO**                **IVAN MORRIS**
                                                     Present (1,2) Not Present ( ) In Custody ( )
        **DEFENDANT(S)**


 **KIM BRIGGS**
**U.S. ATTORNEY**                                **ATTORNEY FOR DEFENDANT(S)**


**Deputy Clerk:** Lisa R. Clark                          **RAYNEE MERCADO**
                                                                                **Court Reporter**


 **INEZ SWANEY**
 **Interpreter**                                            **Probation Officer**
                                        **PROCEEDINGS**


**REASON FOR HEARING:**     **STATUS - HELD**

**RESULT OF HEARING: HECTORY REYNOSOS' APPEARANCE HAS BEEN WAIVED; COURT FINDS EXCLUDABLE TIME UNTIL 7/22/08 BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL**


                                        **JUDGMENT:**


                                        **PROCEEDINGS**

**Case Continued to** __7/22/08__ **for** Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.

**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**

Case 4:07-cr-00409-SBA   Document 55   Filed 07/01/2008   Page 2 of 2