UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/9/08

CR 07-00409SBA                          JUDGE: **SAUNDRA BROWN ARMSTRONG**

**ALFREDO SANCHEZ-PRESENT**           **ROBERT FORNKNER**
**JOEL SANCHEZ - PRESENT**            **EDWARD DUREE**
**HECTOR REYNOSO-NOT PRESENT**        **IVAN MORSE**
       **DEFENDANT(S)**

 **KIM BRIGGS**
**U.S. ATTORNEY**                     **ATTORNEY FOR DEFENDANT(S)**


**Deputy Clerk:  Lisa R. Clark**        **STARR WILSON**
                                         Court Reporter


 Interpreter                            Probation Officer
                              **PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT WAIVED APPEARANCE OF HECTOR REYNOSO; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL**

                                                                    **JUDGMENT:**


                              **PROCEEDINGS**

**Case Continued to 9/30/08   for FINAL Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**